MONTGOMERY Y. PAEK, ESQ., Bar # 10176
ETHAN D. THOMAS., ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: mpaek@littler.com
Email: edthomas@littler.com

*Attorneys for Defendant*
CITY OF HENDERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN and THOMAS WOODBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01488-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiffs KELLY WOODBURN and THOMAS WOODBURN, and Defendant CITY OF HENDERSON ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to a two-week extension of the deadline for Defendant to file a responsive pleading or motion to Plaintiff's Complaint. Accordingly, through this stipulation the current deadline of September 3, 2019 shall be extended up to and including September 17, 2019. There have been no previous requests for an extension of the deadline to respond to the Complaint before this court.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The extension is necessary as Defense Counsel needs additional time to investigate the allegations made in the Complaint and to formulate its response. This Stipulation is made in good faith and not for purposes of delay.

Dated: August 28, 2019

REMPFER MOTT LUNDY

By: /s/ Scott E. Lundy
    JOSEPH N. MOTT, ESQ.
    SCOTT E. LUNDY, ESQ.

Attorneys for Plaintiffs Kelly Woodburn and Thomas Woodburn

Dated: August 28, 2019

LITTLER MENDELSON, P.C.

By: /s/ Ethan D. Thomas
    MONTGOMERY Y. PAEK, ESQ.
    ETHAN D. THOMAS, ESQ.

Attorneys for Defendant City of Henderson

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2019

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800