| | |
|---|---|
| 1 | **REMPFER MOTT LUNDY, PLLC** |
| 2 | JOSEPH N. MOTT<br>Nevada Bar No. 12455 |
| 3 | SCOTT E. LUNDY<br>Nevada Bar No. 14235 |
| 4 | 10091 Park Run Dr., Ste. #200 |
| 5 | Las Vegas, NV 89145-8868<br>T: (702) 825-5303 |
| 6 | F: (702) 825-4413 |
| 7 | Joey@rmllegal.com<br>Scott@rmllegal.com |
| 8 | Attorneys for Plaintiffs<br>**Kelly Woodburn and** |
| 9 | **Thomas Woodburn** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 14 | **KELLY WOODBURN** and **THOMAS WOODBURN,** individually and on behalf of all others similarly situated, | Case No.:2:19-cv-01488-JAD-VCF |
| 15 | | **(FIRST REQUEST)** |
| 16 | Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 8)** |
| 17 | vs. | |
| 18 | **CITY OF HENDERSON; DOES I** through **V,** inclusive; and **ROE CORPORATIONS I** through **V,** inclusive, | (ECF. No. 11) |
| 19 | | |
| 20 | Defendants. | |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiffs Kelly Woodburn and Thomas Woodburn ("Plaintiffs") and Defendant City of Henderson ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 8) from the current deadline of October 1, 2019, up to and including October 15, 2019. The parties also stipulate and agree to a reciprocal extension of time for the Defendant to reply to Plaintiffs' Response to their Motion to Dismiss from the current deadline



of October 8, 2019 to October 29, 2019. Additional time is being requested because Plaintiffs' counsel was ill and out of the office last week and needs additional time to respond. This is the parties' first request to extend these deadlines to respond.

This requested extension of time is sought in good faith and not for the purpose of causing undue delay.

IT IS SO STIPULATED.

Dated this 26th day of September, 2019.

| REMPFER MOTT LUNDY, PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Joseph N. Mott | /s/ Ethan D. Thomas |
| Joseph N. Mott | Montgomery Y. Paek |
| Nevada Bar No. 12455 | Nevada Bar No. 10176 |
| Scott E. Lundy | Ethan D. Thomas |
| Nevada Bar No. 14235 | Nevada Bar No. 12874 |
| Attorneys for Plaintiff **Kelly Woodburn and Thomas Woodburn** | Attorneys for Defendants **City of Henderson** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 26, 2019.



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com