| | |
|---|---|
| 1 | MONTGOMERY Y. PAEK, ESQ., Bar # 10176 |
| 2 | ETHAN D. THOMAS., ESQ., Bar # 12874<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV 89169-5937<br>Telephone:    702.862.8800 |
| 5 | Fax No.:         702.862.8811<br>Email: mpaek@littler.com |
| 6 | Email: edthomas@littler.com |
| 7 | *Attorneys for Defendant*<br>CITY OF HENDERSON |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY WOODBURN and THOMAS WOODBURN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>           Defendants. | Case No. 2:19-cv-01488-JAD-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiffs KELLY WOODBURN and THOMAS WOODBURN, and Defendant CITY OF HENDERSON ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the time for the parties to file a Discovery Plan and Scheduling Order by two weeks from the current deadline of October 20, 2020 up to and including **November 3, 2020.**

The parties have engaged in initial discussions regarding their respective positions on discovery in this matter but they need additional time to formulate their plan before submitting it to the Court. Additionally, Plaintiffs' counsel recently changed firms as noted in **[ECF No. 23]** which led to increased administrative responsibilities for Plaintiffs' counsel over the past weeks.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: October 19, 2020 | Dated: October 19, 2020 |
| CLAGGETT & SYKES LAW FIRM | LITTLER MENDELSON, P.C. |
| By: /s/ Joseph N. Mott<br>JOSEPH N. MOTT, ESQ.<br><br>Attorneys for Plaintiffs<br>KELLY WOODBURN and THOMAS WOODBURN | By: /s/ Ethan D. Thomas<br>MONTGOMERY Y. PAEK, ESQ.<br>ETHAN D. THOMAS, ESQ<br><br>Attorneys for Defendant<br>CITY OF HENDERSON |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-19-2020

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800