MONTGOMERY Y. PAEK, ESQ., Bar # 10176
ETHAN D. THOMAS., ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: mpaek@littler.com
Email: edthomas@littler.com

*Attorneys for Defendant*
CITY OF HENDERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN and THOMAS WOODBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01488-JAD-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND OPPOSITION TO PLAINTIFFS' MOTION FOR COLLECTIVE ACTION**<br><br>**(First Request)**<br><br>ECF No. 43 |

Plaintiffs KELLY WOODBURN and THOMAS WOODBURN ("Plaintiffs"), and Defendant CITY OF HENDERSON ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the time for Defendant to file an Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 40), filed April, 23, 2021, by two weeks from the current deadline of May 7, 2021 up to and including **May 21, 2021.** The parties also agree to a reciprocal extension of the deadline for Plaintiffs' Reply in support of that Motion by one week and it shall be filed no later than, **June 4, 2021**.

The parties also hereby stipulate and request an order extending the time for Defendant to file an Opposition to Plaintiffs' Motion for Collective Action Pursuant to 29 U.S.C. § 216(b) (ECF No. 41), filed April 29, 2021, by three weeks from the current deadline of May 13, 2021 up to and including

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**June 3, 2021**. The parties also hereby agree that Plaintiffs' Reply in support of that Motion shall be extended by two weeks and shall be filed no later than **June 24, 2021**.

The extensions requested are sought prior to the expiration of the deadlines in question and are needed to allow Defendant additional time to consider and prepare responses to the two motions recently filed by Plaintiffs and to accommodate Defense Counsel's professional caseload and personal commitments over the coming weeks. Defendant also needs additional time to investigate some of the issues raised in Plaintiffs' motions. This is the first request for an extension of the deadlines set forth herein. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: May 4, 2021

CLAGGETT & SYKES LAW FIRM

By: ___/s/ Joseph N. Mott_____
    JOSEPH N. MOTT, ESQ.

Attorneys for Plaintiffs
KELLY WOODBURN and THOMAS WOODBURN

Dated: May 4, 2021

LITTLER MENDELSON, P.C.

By: ___/s/ Ethan D. Thomas_____
    MONTGOMERY Y. PAEK, ESQ.
    ETHAN D. THOMAS, ESQ

Attorneys for Defendant
CITY OF HENDERSON

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge

DATED: 5-11-2021

4841-2949-1175.1

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800