1  Sean K. Claggett
   Nevada Bar No. 8407
2  Joseph N. Mott
   Nevada Bar No. 12455
3  4101 Meadows Lane, Ste. 100
   Las Vegas, Nevada 89107
4  (702) 655-2346 – Telephone
   (702) 655-3763 – Facsimile
5  sclaggett@claggettlaw.com
   joey@claggettlaw.com
6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01488-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME (First Request)** |

Plaintiffs KELLY WOODBURN, THOMAS WOODBURN, AND JOSHUA RODRIGUEZ and Defendant CITY OF HENDERSON, ("the City"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiffs to file their reply to Defendant's Response to Plaintiff's Motion for Collective Action (Doc No. 53). This extension is necessary to allow Plaintiffs' counsel to deal with an emergent personal health issue.

Plaintiff's Response is currently due June 24, 2021, and the parties have agreed to extend the time up to and including July 26, 2021.

- 1 -

Through this stipulation, the parties also agree to extend the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint from the current deadline of July 5, 2021 up to and including July 19, 2021. This extension is necessary to allow Defendant and its counsel adequate time to strategize and prepare Defendant's response to the recently filed Second Amended Complaint (Doc. No. 57).

These extensions have been agreed upoin in good faith and are not intended for purposes of delay.

DATED this 23rd day of June, 2021.      DATED this 23rd day of June, 2021.

CLAGGETT & SYKES LAW FIRM               LITTLER MENDELSON

*/s/ Joseph Mott*                       /s/ Ethan Thomas

Joseph N. Mott                          Montgomery Y. Paek
Nevada Bar No. 12455                    Nevada Bar No. 10176
4101 Meadows Lane, Suite 100            Ethan Thomas
Las Vegas, NV  89107                    Nevada Bar No. 12874
*Attorneys for Plaintiffs*              3960 Howard Hughes Parkway, Suite 300
                                        Las Vegas, Nevada 89169
                                        *Attorney for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation for an Extension of Time is **GRANTED**.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiffs will have until July 26, 2021, to file their Reply to Defendant's Response to Plaintiffs' Motion for Class Certification.

**IT IS FURTHER ORDERED** that Defendant will have until July 19, 2021, to file a response to Plaintiffs' Second Amended Complaint.

_____
U.S. MAGISTRATE JUDGE

DATED: 6-24-2021