Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01488-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME (First Request)**<br><br>ECF No. 62 |

Plaintiffs KELLY WOODBURN, THOMAS WOODBURN, AND JOSHUA RODRIGUEZ and Defendant CITY OF HENDERSON, ("the City"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiffs to file their opposition to Defendant's Motion to Compel Arbitration of Certain Claims and to Dismiss the Entirety of Plaintiff's Second Amended Complaint (Doc Nos. 60 and 61). This extension is necessary as Plaintiffs' counsel has just returned to the office following an emergent personal health issue.

- 1 -

Plaintiff's Response is currently due August 2, 2021, and the parties have agreed to extend the time up to and including September 1, 2021. Defendant's reply shall be due September 22, 2021.

This extension has been agreed upon in good faith and is not intended for purposes of delay.

DATED this 23rd day of July, 2021.   DATED this 23rd day of July, 2021.

CLAGGETT & SYKES LAW FIRM   LITTLER MENDELSON

/s/ JOSEPH N. MOTT   /s/ ETHAN THOMAS

Joseph N. Mott, Esq.
Nevada Bar No. 12455
*Attorneys for Plaintiff*

Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Ethan Thomas, Esq.
Nevada Bar No. 12874
*Attorney for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation for an Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs will have until September 1, 2021, to file their Opposition to to Compel Arbitration of Certain Claims and to Dismiss the Entirety of Plaintiff's Second Amended Complaint (Doc Nos. 60 and 61).  Defendant's Reply shall be due September 22, 2021.

U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2021