MONTGOMERY Y. PAEK, ESQ., Bar # 10176
ETHAN D. THOMAS, ESQ., Bar # 12874
EMIL S. KIM, ESQ., Bar # 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: mpaek@littler.com
Email: edthomas@littler.com
Email: ekim@littler.com

*Attorneys for Defendant*
CITY OF HENDERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01488-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER THE SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ ("Plaintiffs"), and Defendant CITY OF HENDERSON ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the deadline for Defendant to file an Answer to Plaintiffs' Second Amended Complaint [ECF No. 57] by four (4) weeks from the current deadline of December 13, 2021, up to and including **January 10, 2022**. This is the first request for an extension of time to Answer to the Second Amended Complaint.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The requested extension is necessary because Defendant's counsel needs additional time to prepare its Answer to the Second Amended Complaint and Affirmative Defenses and various commitments have prevented them from meeting the current deadline. Additionally, Defendant's counsel has planned time out of the office in coming weeks for the holidays. Accordingly, the additional time requested will allow Defendant's counsel to prepare its Answer to the Second Amended Complaint and for its client to have sufficient time to review the same in advance of the filing.

The instant request is made in good faith and not for the purpose of delay.

Dated: December 10, 2021

CLAGGETT & SYKES LAW FIRM

By: /s/ Joseph N. Mott
    JOSEPH N. MOTT, ESQ.

Attorneys for Plaintiffs
KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ

Dated: December 10, 2021

LITTLER MENDELSON, P.C.

By: /s/ Ethan D. Thomas
    MONTGOMERY Y. PAEK, ESQ.
    ETHAN D. THOMAS, ESQ.
    EMIL S. KIM, ESQ.

Attorneys for Defendant
CITY OF HENDERSON

**IT IS SO ORDERED.**

Dated: December 10, 2021.

_____
UNITED STATES MAGISTRATE JUDGE