# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,,<br><br>Defendant(s). | 2:19-cv-01488-CDS-VCF<br><br>**ORDER** |

Before the Court are defendant's motion to compel discovery responses (ECF NO. 166) and motion for leave to file excess pages (ECF NO. 168).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendant's motion to compel discovery responses (ECF NO. 166) and motion for leave to file excess pages (ECF NO. 168), is scheduled for 2:00 PM, April 26, 2023, in Courtroom 3D.

DATED this 17th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE