MONTGOMERY Y. PAEK, ESQ.
Nevada Bar # 10176
ETHAN D. THOMAS, ESQ.
Nevada Bar # 12874
EMIL S. KIM, ESQ.
Nevada Bar # 14894
ANDREW S. CLARK, ESQ.
Nevada Bar # 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: mpaek@littler.com
Email: edthomas@littler.com
Email: ekim@littler.com
Email: asclark@littler.com

*Attorneys for Defendant*
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01488-CDS-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE OF HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (ECF NO. 166) AND DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES (ECF NO. 168)**<br><br>**(FIRST REQUEST)** |

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Plaintiffs Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez ("Plaintiffs") and Defendant CITY OF HENDERSON ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to continue the date for the hearing on Defendant's Motion to Compel Discovery Responses (ECF No. 166) and Motion for Leave to File Excess Pages (ECF No. 168) currently scheduled for April 26, 2023, at 2:00 p.m.

The parties request a continued date for the hearing because counsel for Plaintiffs, Brian Blankenship, is taking a deposition in another lawsuit on April 26, 2023, which cannot be rescheduled. Furthermore, other attorneys at Plaintiffs' representative law firm, Claggett & Sykes, are also unavailable as they are participating in depositions on the afternoon of April 26, 2023.

Accordingly, the Parties propose that the hearing be continued to the following **Wednesday, May 3, 2023**. Alternatively, should this requested date not fit within the Court's schedule, the Parties propose the following alternative dates and times: May 5, 2023, May 9, 2023, or May 11, 2023.

///

///

///

///

///

///

///

///

1.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This extension is sought in good faith and not for the purpose of undue delay.

Dated: April 21, 2023

CLAGGETT & SYKES LAW FIRM

By: */s/ Brian Blankenship*
    SEAN K. CLAGGETT, ESQ.
    BRIAN BLANKENSHIP, ESQ.
    SCOTT E. LUNDY, ESQ.

*Attorneys for Plaintiffs*
KELLY WOODBURN, THOMAS WOODBURN, AND JOSHUA RODRIGUEZ

Dated: April 21, 2023

LITTLER MENDELSON, P.C.

By: */s/ Emil S. Kim*
    MONTGOMERY Y. PAEK, ESQ.
    ETHAN D. THOMAS, ESQ.
    EMIL S. KIM, ESQ.
    ANDREW S. CLARK, ESQ.

*Attorneys for Defendant*
CITY OF HENDERSON

**ORDER**

The hearing scheduled for April 26, 2023, is VACATED and rescheduled to 10:00 AM, May 9, 2023.

**IT IS SO ORDERED.**

Dated: April 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4881-2425-4303.1 / 080828-1020