Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01488-CDS-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Joseph N. Mott, Esq., is no longer with Claggett & Sykes Law Firm and will no longer serve as counsel of record for Plaintiffs KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, in this action.

///

///

- 1 -

All future notices, pleadings, papers, and correspondence relevant to this matter should be served upon and/or delivered to the following:

> Brian Blankenship, Esq.
> brian@claggettlaw.com and
> litigationteam1@claggettlaw.com
> CLAGGETT & SYKES LAW FIRM
> 4101 Meadows Lane, Suite 100
> Las Vegas, Nevada 89107
> Telephone: (702) 655-2346
> Facsimile: (702) 655-3763

DATED this 11th day of May 2023.

CLAGGETT & SYKES LAW FIRM

/s/ *Brian Blankenship*
_____
Brian Blankenship, Esq.
Nevada Bar No. 11522
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-12-2023 _____

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of CLAGGETT & SYKES LAW FIRM, and that on the 11th day of May 2023, I caused to be served a copy of **NOTICE OF WITHDRAWAL OF COUNSEL** on the following parties:

**Via CM/ECF:**
Montgomery Y. Paek, Esq.
Ethan D. Thomas, Esq.
Emil S. Kim, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Attorneys for Defendant City of Henderson*

*/s/: Maria Alvarez-Willson*
_____
An Employee of
CLAGGETT & SYKES LAW FIRM