**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendant(s). | 2:19-cv-01488-CDS-VCF<br><br>**ORDER** |

Before the Court are the following motions:

1. Defendant's motion for sanctions and contempt related to plaintiffs' failure to comply with the court's May 9, 2023 order (ECF No. 178, 179), and,

2. Motion to withdraw as attorney (ECF No. 180).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Defendant's motion for sanctions and contempt related to plaintiffs' failure to comply with the court's May 9, 2023 order (ECF No. 178, 179), and motion to withdraw as attorney (ECF No. 180), is scheduled for **2:00 PM, August 4, 2023**, before Judge Cam Ferenbach, in Courtroom 3D, third floor, Lloyd D. George Courthouse, United States District Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that plaintiffs Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez must appear at the scheduled hearing on August 4, 2023 at 2:00 PM.

DATED this 13th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE