Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01488-CDS-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING (ECF NO. 187)** |

Plaintiffs, KELLY WOODBURN, THOMAS WOODBURN, and JOSHUA RODRIGUEZ, by and through their attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant, CITY OF HENDERSON, by and through its attorneys of record, LITTLER MENDELSON, P.C., hereby stipulate and agree as follows:

- 1 -

The parties agree to continue the in-person hearing on Defendant's Motion for Sanctions and Contempt Related to Plaintiffs' Failure to Comply with the Court's May 9, 2023, Order (ECF No. 178, 179), and Claggett & Sykes Law Firm's Motion to Withdraw as Counsel (ECF No. 180), currently set for August 4, 2023, at 2:00 p.m., to August 18, 2023, or to the next available day. This continuation is necessary to allow Plaintiffs' counsel, Brian Blankenship, Esq., to attend the hearing. Mr. Blankenship has a pre-scheduled out-of-state medical examination on August 4, 2023, and is unable to attend the hearing as currently scheduled. This stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

| CLAGGETT & SYKES LAW FIRM | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Brian Blankenship*<br>Brian Blankenship, Esq.<br>Nevada Bar No. 011522<br>*Attorneys for Plaintiffs* | */s/ Montgomery Y. Paek*<br>Montgomery Y. Paek, Esq.<br>Nevada Bar No. 10176<br>*Attorneys for Defendant* |

### ORDER

**The August 4, 2023 hearing (ECF No. 187) is RESET to August 21, 2023 at 11:00 AM.**

IT IS SO ORDERED.



_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 7/25/23