# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Woodburn, et al., | Case No.: 2:19-cv-01488-CDS-VCF |
| Plaintiffs | |
| v. | **Order Adopting Report and Recommendation of the Magistrate Judge and Granting Motion to Withdraw** |
| City of Henderson, et al., | |
| Defendants | [ECF Nos. 180, 194] |

Magistrate Judge Cam Ferenbach recommends that I grant Claggett & Sykes' unopposed motion to withdraw as counsel for collective action plaintiffs Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez. R&R, ECF No. 194. The fourteen-day period for objections has elapsed, and no objections have been filed. *See* LR IB 3-2(a); Fed. R. Civ. P. 72(b)(2). Although I am not required to review Judge Ferenbach's R&R[1], I nonetheless conducted a de novo review of the R&R and all relevant filings and find that there is justifiable and good cause to permit counsel to withdraw because they would not be able to effectively represent their clients. Further, plaintiffs' counsel asserts that neither the named plaintiffs, nor any of the opt-in plaintiffs, object to Claggett & Sykes' proposed withdrawal of representation. ECF No. 192. Thus, with no objections filed, I adopt the R&R, to include the admonishment of plaintiffs' counsel, and reluctantly grant the motion to withdraw.

## Conclusion

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 194] is ADOPTED** in its entirety.

---

[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that the motion to withdraw as counsel [ECF No. 180] is **GRANTED**. The Clerk of Court is instructed to remove Scott Lundy, Sean Claggett, and Brian Blankenship from the CM/ECF service list in this case.

IT IS FURTHER ORDERED that because plaintiffs may not proceed pro se in a collective action, they have until December 11, 2023, to retain alternate counsel and for such counsel to file a notice of appearance in this action. If plaintiffs are unable to retain new counsel by this deadline, they must notify the court and this matter will be set for a status hearing.

IT IS FURTHER ORDERED that present counsel, Claggett & Skyes, must mail a copy of this order to the last known address for each plaintiff by November 14, 2023.

DATED: November 8, 2023

_____
Cristina D. Silva
United States District Judge