UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs<br>v.<br><br>City of Henderson, et al.,<br><br>                Defendants | Case No. 2:19-cv-01488-CDS-DJA<br><br>**Order Adopting the Report and Recommendation of the United States Magistrate Judge Granting in Part and Denying in Part Defendant City of Henderson's Motion for Sanctions**<br><br>[ECF Nos. 205, 210] |

        United States Magistrate Judge Daniel Albregts issued a report and recommendation (R&R) that I dismiss five opt-in plaintiffs from this action for failing to prosecute this case, and that I grant in part and deny in part the City of Henderson's motion for sanctions. R&R, ECF No. 210 (addressing Henderson's motion for sanctions, ECF No. 205). Judge Albregts recommends dismissal for plaintiffs Arias, Zamora-Rios, Weathers, and Montano pursuant to Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b). *Id.* at 4–7. He further recommends that plaintiff Dema be dismissed under Federal Rule of Civil Procedure 41(a)(2). *Id.* at 7. Finally, he recommends dismissal be granted without prejudice for all five of the opt-in plaintiffs. *Id.* at 8–10.

        The parties had until January 2, 2025, to lodge any objections to the R&R. *See id.* at 10–11; Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, no objections have been filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because no objections are filed, I adopt the R&R in full and grant in part and deny in part the City of Henderson's motion for sanctions.

Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 210] is adopted** in its entirety, therefore the City of Henderson's motion for sanctions **[ECF No. 205] is granted in part and denied in part**. Opt-in plaintiffs Abresha Dema, Gabriel Arias, Octaviano Zamora-Rios, Edward Weathers, and Andrew Montano's claims are dismissed from this action without prejudice and without conditions.

Dated: January 15, 2025

_____
Cristina D. Silva
United States District Judge

2