ANTHONY P. SGRO
Nevada Bar No. 3811
ALANNA C. BONDY
Nevada Bar No. 14830
MARC R. KUSTNER, ESQ.
Nevada Bar No. 10036
SGRO & ROGER
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
tsgro@SgroandRoger.com
abondy@SgroandRoger.com
mkustner@SgroandRoger.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KELLY WOODBURN and THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,

Defendants.

Case No. 2:19-cv-01488-CDS-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE CLASS CERTIFICATION, COLLECTIVE DECERTIFICATION AND DISPOSITIVE MOTIONS**

**(FIRST REQUEST)**

Plaintiffs Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez, together with Defendant the City of Henderson, pursuant to LR IA 6-1, hereby stipulate and agree to extend the deadline for the parties to file for Class Certification, Collective Decertification, and for Dispositive Motions related to the same by one week to **September 23, 2026**.

This is the parties' first request for an extension of time for the parties to file for Class Certification, Collective Decertification, and for Dispositive Motions related to the same. The parties submit this stipulation with the deadline to file for Class Certification, Collective Decertification, and for Dispositive Motions, being concurrent with the date this Stipulation and Order is provided to the Court (*See* ECF No. 228 at 18:21-25).

**REASONS FOR EXTENSION TO FILE FOR CLASS CERTIFICATION, COLLECTIVE DECERTIFICATION, AND FOR DISPOSITIVE MOTIONS RELATED TO THE SAME**

The requested extension is necessary to provide the parties additional time to complete and finalize their respective motions for Class Certification, Collective Decertification, and any related Dispositive Motions. The extension is sought in good faith, not for purposes of undue delay, and is supported by good cause.

Plaintiffs' counsel Marc Kustner recently experienced an unexpected death in his family, which required him to take time away from the office and significantly impacted his availability both during and outside normal working hours. Mr. Kustner is the attorney primarily responsible for drafting Plaintiffs' motion(s). As a result, counsel for the parties met and conferred regarding the requested one-week extension. Counsel for Defendant does not object to the requested extension and has requested that the extension apply equally to Defendant's corresponding deadline.

The parties are not requesting the extension of any other deadlines at this time and do not anticipate that the requested one-week extension will affect any future deadlines in this matter

Dated: September 16, 2026

SGRO & ROGER

By: */s/ Marc R. Kustner*
ANTHONY SGRO, ESQ.
ALANNA BONDY, ESQ.
MARC R. KUSTNER, ESQ.

*Attorneys for Plaintiffs*
KELLY WOODBURN, THOMAS WOODBURN, AND JOSHUA RODRIGUEZ

Dated: September 16, 2026

LITTLER MENDELSON, P.C.

By: *Andrew S. Clark*
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
ANDREW S. CLARK, ESQ.
TAYLOR A. BUONO, ESQ.

*Attorneys for Defendant*
CITY OF HENDERSON

**ORDER**

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2026