Montgomery Y. Paek, Esq.
Nevada State Bar No. 10176
Ethan D. Thomas., Esq.
Nevada State Bar No. 12874
Andrew S. Clark, Esq.
Nevada State Bar No. 14854
Taylor A. Buono, Esq.
Nevada State Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone: 702.862.8800
Fax No.: 702.862.8811
mpaek@littler.com
edthomas@littler.com
asclark@littler.com
tbuono@littler.com

Attorneys for Defendant
CITY OF HENDERSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KELLY WOODBURN and THOMAS WOODBURN, and JOSHUA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF HENDERSON; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants | Case No. 2:19-cv-01488-CDS-EJY<br><br>**STIPULATION AND ORDER TO ALTER BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 239); DEFENDANT'S MOTION TO DECERTIFY COLLECTIVE (ECF NO. 242); AND PLAINTIFFS' MOTION TO CERTIFY CLASS/COLLECTIVE (ECF NO. 231) (FIRST REQUEST)**<br><br>[ECF No. 247] |

Plaintiffs Kelly Woodburn, Thomas Woodburn, and Joshua Rodriguez, together with Defendant, the City of Henderson, hereby stipulate and agree to modify the briefing schedule on (1) Defendant's pending Motion for Summary Judgement (ECF No. 239); (2) Defendant's Motion to Decertify Collective (ECF No. 242); and (3) Plaintiff's Motion to Certify Class/Collective (ECF No. 231). This stipulation is timely under LR IA 6-1(a) as it is filed in advance of the current deadlines to respond to these motions, which are October 7, 2026 (Response to Defendant's Motion

to Decertify (ECF No. 242) and Response to Plaintiff's Motion to Certify (ECF No. 231)) and October 14, 2026 (Response to Defendant's Motion for Summary Judgment (ECF No. 239)).

The parties agree and stipulate that good cause supports this request to modify the briefing schedule on these motions given the collective nature of Plaintiff's claims. Plaintiffs raise individual claims on behalf of themselves and collective claims on behalf of a conditionally certified collective of Henderson Corrections Officers under § 207 of the Fair Labor Standards Act. The parties conducted significant discovery on the collective claims, which the parties agreed to limit to a thirty-member discovery sampling. This discovery included conducting more than thirty depositions, exchanging hundreds of responses to written discovery, and designating an expert witness. The parties have also submitted comprehensive motions, including two motions regarding final certification of Plaintiffs' conditionally certified collective and a motion for summary judgment. The breadth of discovery completed in this case prompted the parties to jointly seek an extension of the page limits to their respective motions, which they submitted to the Court on September 23, 2026 (ECF No. 238). These motions present nearly 100 pages of substantive briefing as well as hundreds of pages of exhibits. Responding to the motions will therefore require significant effort and time.

The parties agree that the following proposed modification to the current briefing schedule will provide adequate time to prepare their respective filings, considering the collective nature of the claims and the breadth of the substantive briefing:

| Filing | Current Deadline | Modified Deadline |
|---|---|---|
| Response to Defendant's MSJ (ECF No. 239) | 10/14/2026 | 11/13/2026 |
| Response to Defendant's Motion to Decertify (ECF No. 242) | 10/7/2026 | 11/13/2026 |
| Response to Plaintiffs' Motion to Certify (ECF No. 231) | 10/7/2026 | 11/13/2026 |
| Reply ISO Defendant's MSJ | 10/28/2026 | 12/14/2026 |
| Reply ISO Defendant's Motion to Decertify | 10/14/2026 | 12/14/2026 |
| Reply SO Plaintiffs' Motion to Certify | 10/14/2026 | 12/14/2026 |



LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This Stipulation is presented in good faith and not for purposes of delay.

Dated: September 28, 2026

SGRO & ROGER

By: /s/ Marc Kustner
ANTHONY SGRO, ESQ.
ALANNA BONDY, ESQ.
MARC KUSTNER, ESQ.

Attorneys for Plaintiffs
KELLY WOODBURN, THOMAS WOODBURN, AND JOSHUA RODRIGUEZ

Dated: September 28, 2026

LITTLER MENDELSON, P.C.

By: /s/ Andrew S. Clark
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
ANDREW S. CLARK, ESQ.
TAYLOR A. BUONO, ESQ.

Attorneys for Defendant
CITY OF HENDERSON

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: September 28, 2026

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800